**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Yesenia Ramirez, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-000025

-----

**ON WRIT OF CERTIORARI**

-----

Appeal From Spartanburg County
R. Lawton McIntosh, Circuit Court Judge

-----

Memorandum Opinion No. 2015-MO-058
Submitted September 22, 2015 – Filed September 30, 2015

-----

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

-----

Appellate Defender Lara Mary Caudy, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Alicia A. Olive, both of Columbia, for Respondent.

_____

**PER CURIAM:**  We granted Yesenia Ramirez's petition for a writ of certiorari to review the dismissal of her application for post-conviction relief (PCR).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**


**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**